## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

JANSSEN PRODUCTS, L.P. and
JANSSEN SCIENCES IRELAND UC,

Civil Action No. 14-05093-WHW-CLW

Plaintiffs,

v.

CIPLA LTD. and CIPLA USA, INC.,

Defendants.

## STIPULATION OF DISMISSAL

WHEREAS, Defendants Cipla Ltd. and Cipla USA, Inc. ("Cipla") have filed or caused
to be filed Abbreviated New Drug Application No. 206-288 (the "ANDA") containing a
"paragraph IV certification" with respect to certain U.S. Patents, including, amongst others, U.S.
Patent Nos. 7,700,645 B2 (the "'645 Patent") and 8,518,987 B2 (the "'987 Patent") and seeking
approval to make, sell, offer for sale, use and/or import in the United States a product under or
described in the ANDA (the "Cipla Product");

WHEREAS, Plaintiffs Janssen Products, L.P. and Janssen Sciences Ireland UC
("Janssen") have filed a claim for infringement of the '645 Patent and the '987 Patent, and for a
declaratory judgment of infringement of U.S. Patent Nos. 7,126,015 B2 (the "'015 Patent") and
7,595,408 B2 (the "'408 Patent") which is pending before this Court;

WHEREAS, Janssen has also filed a complaint against Cipla in the United States
District Court for the District of Delaware in an action captioned *Janssen Products L.P. et al. v.
Cipla Limited et al.*, No. 14-cv-01056-SLR (the "Delaware Action"), which also includes claims
for infringement and/or a declaratory judgment of infringement of the '645 Patent, the '987
Patent, the '015 Patent, and the '408 Patent (the "Janssen Patents");

WHEREAS, on April 30, 2015, Janssen and Cipla filed a consent order and judgment in the Delaware Action, in which Cipla admitted that claims of the Janssen Patents are valid and enforceable with respect to the manufacture, use, sale, offer for sale, and importation of Cipla Product in the United States, and that absent a license from Janssen, the manufacture, sale, offer or sale, use or import of the Cipla Product in the United States would constitute infringement of claims of the Janssen Patents;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Janssen's claims in this action are dismissed with prejudice.

-2-

Janssen Products, L.P. and
Janssen Sciences Ireland UC

Cipla Ltd. and Cipla USA, Inc.

By:  s/John E. Flaherty

John E. Flaherty
MCCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 07102
Tel: (973) 639-7903
Fax: (973) 297-3971

*Of Counsel*
Gregory L. Diskant
(gldiskant@pbwt.com)
Eugene M. Gelernter
(emgelerntner@pbwt.com)
Irena Royzman
(iroyzman@pbwt.com)
PATTERSON BELKNAP WEBB &
  TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel.: (212) 336-2000
Fax: (212) 336-2222

*Attorneys for Janssen Products, L.P.*
*and Janssen Sciences Ireland UC*

By:  s/Karen A. Confoy

Karen A. Confoy
Christopher R. Kinkade
Fox Rothschild LLP
997 Lenox Drive, Bldg 3
Lawrenceville, New Jersey 08648
(609) 844-3003 (Telephone)
(609) 896-1469 (Facsimile)
kconfoy@foxrothschild.com
ckindade@foxrothschild.com

*Of Counsel:*
KNOBBE, MARTENS, OLSON &
BEAR, LLP
Jay R. Deshmukh
1717 Pennsylvania Avenue, Suite 900
Washington, DC 20006
(202) 640-6400
(202) 640-6401 (fax)
Jay.deshmukh@knobbe.com

KNOBBE, MARTENS, OLSON &
BEAR, LLP
Thomas P. Krzeminski
Karen M. Cassidy
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404
(949) 760-9502 (fax)
2tpk@knobbe.com
Karen.cassidy@knobbe.com

*Attorneys for Defendants*
*Cipla Ltd., and*
*Cipla USA, Inc.*

DATED: May 4, 2015

SO ORDERED:

Hon. William H. Walls, U.S.D.J.

-3-